UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IRONSHORE SPECIALTY INSURANCE
COMPANY,

                Plaintiff,

     -against-                                    Case No. 15-cv-975 (NRB)

CEDAR GROVE COMPOSTING, INC.,
CEDAR GROVE COMPOSTING FACILITY,
and CEDAR GROVE, INC.,

                Defendants.
_____x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for the Plaintiff, Ironshore Specialty Insurance Company, appears in this case and requests that all notices, all papers and all pleadings served or required to be served be given to the undersigned.

Dated: New York, New York
       March 13, 2015

                                      COZEN O'CONNOR

                                      By:  s/ Adam I. Stein_____

                                      Adam I. Stein
                                      45 Broadway
                                      New York, New York 10006
                                      Telephone: (212) 453-3728
                                      Facsimile: (212) 509-9492
                                      Email adamstein@cozen.com

                                      *Attorneys for Plaintiff Ironshore Specialty*
                                      *Insurance Company*