Yoav M. Griver, Esq.
Anthony I. Giacobbe Jr., Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>CEDAR GROVE COMPOSTING, INC., CEDAR GROVE COMPOSTING FACILITY, and CEDAR GROVE, INC.,<br><br>         Defendants. | Case No.: 15-CV-975 (NRB)<br><br>**DECLARATION OF**<br>**ANTHONY I. GIACOBBE, JR.** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

    ANTHONY I. GIACOBBE, JR., pursuant to 28 U.S.C. § 1746 and under the penalties of perjury, declares:

    1.  I am an attorney and of counsel to Zeichner Ellman & Krause LLP, attorneys for defendants Cedar Grove Composting, Inc., and a member of this Court. I make this declaration in support of Cedar Grove Composting, Inc.'s Motion for Determination of Proper Forum Under First-to-File Rule, and granting such other and further relief as this Court may deem just and proper.

    2.  Annexed as Exhibit A is a copy of the complaint in this action.

3.      Annexed as Exhibit B is a copy of the complaint in the Washington Action.

4.      Annexed as Exhibit C is a copy of the Declaration of John Brigham ("Brigham Decl.") dated February 26, 2015, which was submitted to the Western District of Washington in connection with Cedar Grove's pending first-to-file motion.

5.      Annexed as Exhibit D is a copy of the Environmental Excess Liability Declarations Pages from the excess policy Ironshore issued to Cedar Grove.

6.      Annexed as Exhibit E is a chart identifying the mirror image allegations made in the Washington and New York Actions has been submitted to the Western District of Washington in connection with the pending first-to-file motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2015

_____
ANTHONY I. GIACOBBE, JR.

#804792 v.1