Adam Stein, Esq.
COZEN O'CONNOR
45 Broadway Atrium
Suite 1600
New York, NY 10006
(212) 453-3728
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRONSHORE SPECIALTY INSURANCE COMPANY,

      Plaintiff,

v.

CEDAR GROVE COMPOSTING, INC.,
CEDAR GROVE COMPOSTING FACILITY,
and CEDAR GROVE, INC.,

      Defendants.

Case No.: 15-CV-975 (NRB)

DECLARATION OF ADAM STEIN

STATE OF NEW YORK
COUNTY OF NEW YORK

  Adam Stein, pursuant to 28 U.S.C. § 1746 and under the penalties of perjury, declares:

  1. I am an attorney and counsel to plaintiff, Ironshore Specialty Insurance Company and a member of this Court. I make this declaration in support of Ironshore Specialty Insurance Company's Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Stay Pending Washington Court Rulings, and granting such other and further relief as this Court may deem just and proper.

  2. Attached hereto as **Exhibit A** is a true and correct copy of Ironshore policy number 001264601 for the policy period of January 15, 2013 to January 15, 2014.

  3. Attached hereto as **Exhibit B** is a true and correct copy of Ironshore excess policy number 001264701.

1

4. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Michelle Duluc in Support of Defendant's Opposition to Plaintiff's Motion for Determination of Proper Forum Under First-to-File Rule filed in the United States District Court for the Western District of Washington under cause number 2:14-cv-01443-RAJ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of April, 2015.

By: *s/ Adam Stein*
Adam Stein, Esq.

LEGAL\22627741\1