# EXHIBIT C

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDAR GROVE COMPOSTING, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:14-cv-01443-RAJ<br><br>DECLARATION OF MICHELLE DULUC IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DETERMINATION OF PROPER FORUM UNDER FIRST-TO-FILE RULE<br><br>Note on Motion Calendar:<br>March 20, 2015 |

I, Michelle Duluc, being first duly sworn upon oath, depose and say:

1. I am an Assistant Vice President for Ironshore Environmental Claims, authorized claims administrator for Ironshore Specialty Insurance Company ("Ironshore"), and make this declaration based upon my own personal knowledge and in support of Defendant's Response to Motion for Determination of Proper Forum Under First-to-File Rule. I could competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email dated February 26, 2015, and its attached letter from Michael A. Patterson of the law firm Patterson

DECLARATION OF MICHELLE DULUC IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DETERMINATION OF PROPER FORUM UNDER FIRST-TO-FILE RULE- 1
CASE NO.: 2:14-CV-01443-RAJ

LAW OFFICES OF
COZEN O'CONNOR
A Professional Corporation
Suite 1900
999 Third Avenue
Seattle, Washington 98104
(206) 340-1000

Buchanan Fobes & Leitch, Inc., P.S., addressed to me and dated February 25, 2015. Mr. Patterson's firm is the law firm working for Cedar Grove Composting in the defense of four pending lawsuits against Cedar Grove, two pending in Superior Court of the State of Washington in and for King County and two pending Superior Court of the State of Washington in and for Snohomish County.

3. The payments spreadsheet attached to the February 2015 letter from Cedar Grove's defense counsel, Exhibit A, contains totals (on the final page of Exhibit A) stating that Cedar Grove's defense counsel had received payments from Ironshore, through February 2015, **totaling over $4.5 Million** (more specifically, $4,524,738.92).

4. The payments spreadsheet attached to the February 2015 letter from Cedar Grove's defense counsel, Exhibit A, contains a "Balance Due" column on the far right, stating on the final page, row 11, that the "Balance Due" to Cedar Grove's defense counsel for all amounts invoiced for Cedar Grove's defense was $103.00 as of May 27, 2014.

5. The payments spreadsheet attached to the February 2015 letter from Cedar Grove's defense counsel, Exhibit A, states that as of August 20, 2014, aside from the above-referenced $103.00 shortfall as of May 2014, the oldest unpaid amounts were 70 days old for two invoices issued by Cedar Grove's defense counsel dated June 11, 2014 (final page, row 12 and 13).

6. Attached hereto as **Exhibit B** is a true and correct copy of a spreadsheet, current through March 13, 2015, stating the payments issued by Ironshore for Cedar Grove's legal and claims expenses in the four above-referenced lawsuits. The four claim numbers used by Ironshore for the referenced payments as tracked by Ironshore's accounting department are ENV00023213, ENV00023215, ENV00028216, and ENV00028217.

DECLARATION OF MICHELLE DULUC IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
DETERMINATION OF PROPER FORUM UNDER FIRST-TO-FILE
RULE- 2
CASE NO.: 2:14-CV-01443-RAJ

LAW OFFICES OF
COZEN O'CONNOR
A Professional Corporation
Suite 1900
999 Third Avenue
Seattle, Washington 98104
(206) 340-1000

1  I declare under penalty of perjury under the laws of the State of New York and the
2  United States that the foregoing statements are true and correct to the best of my knowledge
3  and belief.

4  DATED: March 16, 2015.

*/s/ Michelle Duluc*
Michelle Duluc

DECLARATION OF MICHELLE DULUC IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
DETERMINATION OF PROPER FORUM UNDER FIRST-TO-FILE
RULE- 3
CASE NO.: 2:14-CV-01443-RAJ

LAW OFFICES OF
COZEN O'CONNOR
A Professional Corporation
Suite 1900
999 Third Avenue
Seattle, Washington 98104
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Plaintiffs: Michael A. Moore, WSBA No. 27047
Corr Cronin Michelson Baumgardner Fogg & Moore LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
mmoore@corrcronin.com

DATED: March 16, 2015.

/s/Jan Young
Jan Young, Legal Assistant

DECLARATION OF MICHELLE DULUC IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
DETERMINATION OF PROPER FORUM UNDER FIRST-TO-FILE
RULE- 4
CASE NO.: 2:14-CV-01443-RAJ

LAW OFFICES OF
COZEN O'CONNOR
A Professional Corporation
Suite 1900
999 Third Avenue
Seattle, Washington 98104
(206) 340-1000

# EXHIBIT A

# Young, Jan

| | |
|---|---|
| **Subject:** | FW: Avila, et al / Davis, et al v. Cedar Grove Composting, Inc. - Claim Nos.: ENV00028216 / ENV00023215 |
| **Attachments:** | Letter to Duluc regarding Invoices.pdf |

-----Original Message-----
From: Stephanie M. Murphy [mailto:smm@pattersonbuchanan.com]
Sent: Thursday, February 26, 2015 11:44 AM
To: Michelle Duluc
Cc: Michael A. Patterson; Sarah E. Heineman
Subject: Avila, et al / Davis, et al v. Cedar Grove Composting, Inc. - Claim Nos.: ENV00028216 / ENV00023215

Dear Ms. Duluc,

Attached please find my letter with enclosures to you regarding the issue referenced above.

Kind regards,

Stephanie M. Murphy on behalf of Michael A. Patterson

Stephanie M. Murphy | Executive Assistant to Michael A. Patterson and Board of Directors Patterson Buchanan Fobes & Leitch, Inc., P.S.
2112 Third Ave., Suite 500 | Seattle, WA 98121 Direct 206.462.6745 | Email smm@pattersonbuchanan.com

Portland Office:
1001 SW Fifth, Suite 1100 | Portland, OR 97204
Main 503.200.5400 | Toll Free:  800.722.3815


CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.


CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

The information in this e-mail and in any attachments is confidential and may be privileged.  If you are not the intended recipient, please destroy this communication and notify the sender immediately.   You should not retain, copy or use this e-mail for any purpose, nor disclose all or any part of its contents to any other person or persons.



**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

TOLL FREE: 800/743-0946
www.pattersonbuchanan.com

SEATTLE OFFICE
2112 Third Ave, Suite 500
Seattle, Washington 98121
MAIN (206) 462-6700  FAX (206) 462-6701

PORTLAND OFFICE
1001 SW Fifth Ave, 11th Floor
Portland, Oregon 97204
MAIN (503) 200-5400  FAX (503) 200-5401

**PRINCIPALS**
Michael A. Patterson*◊
Patricia K. Buchanan*
Duncan K. Fobes*
Charles P. E. Leitch*
Donald F. Austin˙•
Sarah E. Heineman*◊
Sean D. Jackson
Keith A. Talbot

**ASSOCIATES**
Brian M. Anthoney
Christopher O. Blair
James D.Y. Blazey
Aaron N. Bouschor**
Timothy H. Campbell**
Stephanie J. Chu
Daniel P. Crowner
Adam G. Cuff

Nicole E. Demmon
Joseph P. Derrig
Matthew C. Erickson
Onik'a L. Gilliam˙
Jason A. Harrington†
Danielle J. Howard
Scott I. Jamieson
Kevin J. Kay

Michael T. Kitson
Angela N. Marshlain*
Matthew F. Quigg†
Alice C. Serko
Anthony C. Soldato˙
Kasper Sorensen˙◎
Kristina B. Terrien
Andrew M. Weinberg
Sarah M. Zubair•◎

\* Also admitted in California
◎ Also admitted in D.C.
● Also admitted in Idaho
˙ Also admitted in Florida
♦ Also admitted in Maryland
◊ Also admitted in Michigan
** Also admitted in Montana
† Also admitted in New York
· Also admitted in Oregon

**OF COUNSEL**
Timothy R. Busch˙
Charles W. Lind

February 25, 2015

***Via Email Only***

Ms. Michelle Duluc
Assistant-Vice President - Claims
IRONSHORE Environmental
Ironshore Environmental
One State Street Plaza, 7th Floor
New York, NY 10004

      Re:    *Avila, et al v. Cedar Grove Composting, Inc.*
              *Davis, et al v. Cedar Grove Composting, Inc.*
              Claim Nos.: ENV00028216 & ENV00023215

Dear Ms. Duluc:

      This letter provides a response to your email of Wednesday, February 25, 2015. Thank you for confirming that payments on invoices 17327, 18718, 20043, and 20044 will be forthcoming soon. We will look for payment to arrive no later than March 6, 2015. Please let us know if it will not arrive by that date. In addition, Ms. Heineman emailed you a copy of invoice 18719 on February 25, per your request.

      According to our records, in addition to the $181,521.14 reflected in invoice 18719, the following amount remains outstanding: $26,257.75. A basic review of invoices and payments will demonstrate that this amount remains outstanding. Enclosed is a spreadsheet that shows the invoices to date, along with all payments received to date, and a running balance owed to Patterson Buchanan.

      If you have any questions remaining after reviewing this information, it is essential that we conduct a telephone conference promptly to resolve those issues. This call should take place,

391072

Ms. Michelle Duluc
February 25, 2015
Page 2

if needed, on Friday, February 27. If that date is not convenient, the call should occur no later than Monday, March 2. Please let us know immediately if such a call is required.

In the event that this resolves your questions, please advise us, no later than Friday, February 27, when payment can be expected on the remaining outstanding balance of $207,778.89. As we have explained previously, our fee agreement with Ironshore is explicitly based on Ironshore's agreement to payment of our invoices on a 30-day scheduled. It is essential that we finally resolve these issues regarding older, outstanding invoices.

Very truly yours,

Michael A. Patterson

Enclosure
    Invoices and Payments Spreadsheet

SEH/seh

| Matter ID | Date (Billed or Received) | Statement Closing Date | Statement No | Billed | Check No | Paid | Balance Due PBFL |
|---|---|---|---|---|---|---|---|
| Avila | 3/8/2013 | 2/28/2013 | 14829 | 51,654.44 | | | 51,654.44 |
| Avila | 4/12/2013 | 3/31/2013 | 15102 | 79,011.71 | | | 130,666.15 |
| Avila | 5/15/2013 | 4/30/2013 | 15337 | 89,104.98 | | | 219,771.13 |
| Avila | 6/19/2013 | 5/31/2013 | 15591 | 107,719.74 | | | 327,490.87 |
| Avila | 7/17/2013 | 6/30/2013 | 15830 | 72,772.13 | | | 400,263.00 |
| Davis | 7/17/2013 | 6/30/2013 | 15831 | 60,642.47 | | | 460,905.47 |
| Avila | 8/28/2013 | 7/31/2013 | 16069 | 99,267.25 | | | 560,172.72 |
| Davis | 8/28/2013 | 7/31/2013 | 16068 | 92,479.60 | | | 652,652.32 |
| Avila | 9/10/2013 | 8/31/2013 | 16231 | 108,079.67 | | | 760,731.99 |
| Davis | 9/10/2013 | 8/31/2013 | 16232 | 100,972.52 | | | 861,704.51 |
| Avila | 9/16/2013 | | | | ck # 106907 (Cedar Grove) | -100,000.00 | 761,704.51 |
| Avila | 9/24/2013 | | | | ck# 106980 (Cedar Grove) | -150,000.00 | 611,704.51 |
| Avila | 10/16/2013 | 9/30/2013 | 16499 | 104,544.36 | | | 716,248.87 |
| Davis | 10/16/2013 | 9/30/2013 | 16500 | 118,372.72 | | | 834,621.59 |
| Avila | 11/6/2013 | 10/31/2013 | 16507 | 81,667.36 | | | 916,288.95 |
| Davis | 11/6/2013 | 10/31/2013 | 16508 | 77,471.20 | | | 993,760.15 |
| Avila | 12/6/2013 | 11/30/2013 | 16841 | 68,447.92 | | | 1,062,208.07 |
| Davis | 12/6/2013 | 11/30/2013 | 16842 | 86,085.15 | | | 1,148,293.22 |
| Davis | 12/17/2013 | | | | ck # 107571 (Cedar Grove) | -250,000.00 | 898,293.22 |
| Avila | 1/8/2014 | 12/31/2013 | 17079 | 119,300.89 | | | 1,017,594.11 |
| Davis | 1/8/2014 | 12/31/2013 | 17078 | 120,780.00 | | | 1,138,374.11 |
| Avila | 2/3/2014 | | | | ck # 92042 | -72,772.13 | 1,065,601.98 |
| Avila | 2/3/2014 | | | | ck # 92033 | -99,267.25 | 966,334.73 |
| Avila | 2/3/2014 | | | | ck # 92039 | -108,079.67 | 858,255.06 |
| Avila | 2/3/2014 | | | | ck # 92041 | -81,667.36 | 776,587.70 |
| Avila | 2/3/2014 | | | | ck # 92035 | -68,447.92 | 708,139.78 |
| Davis | 2/3/2014 | | | | ck # 92032 | -86,085.15 | 622,054.63 |
| Avila | 2/4/2014 | | | | ck # 92043 | -51,654.44 | 570,400.19 |
| Avila | 2/4/2014 | | | | ck # 92038 | -79,011.71 | 491,388.48 |
| Avila | 2/4/2014 | | | | ck # 92040 | -89,104.98 | 402,283.50 |
| Avila | 2/4/2014 | | | | ck # 92044 | -107,719.74 | 294,563.76 |
| Davis | 2/4/2014 | | | | ck # 92036 | -60,642.47 | 233,921.29 |
| Davis | 2/4/2014 | | | | ck # 92037 | -92,479.60 | 141,441.69 |
| Davis | 2/4/2014 | | | | ck # 92034 | -100,972.52 | 40,469.17 |
| Avila | 2/12/2014 | 1/31/2014 | 17326 | 165,649.65 | | | 206,118.82 |
| Davis | 2/12/2014 | 1/31/2014 | 17327 | 165,293.00 | | | 371,411.82 |
| Davis | 2/19/2014 | | | | ck # 92083 | -77,471.20 | 293,940.62 |
| Avila | 3/5/2014 | | | | ck # 92575 | -139,494.90 | 154,445.72 |
| Davis | 3/5/2014 | | | | ck # 92574 | -154,445.72 | 0.00 |
| Avila | 3/7/2014 | 2/28/2014 | 17538 | 156,485.96 | | | 156,485.96 |
| Davis | 3/7/2014 | 2/28/2014 | 17539 | 159,362.60 | | | 315,848.56 |

| Name | Date | Date 2 | Inv # | Billed | Check | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Avila | 4/11/2014 | | | | ck # 93282 | -96,224.71 | 219,623.85 |
| Davis | 4/11/2014 | | | | ck # 93281 | -159,362.60 | 60,261.25 |
| Avila | 4/15/2014 | 3/31/2014 | 17819 | 184,558.33 | | | 244,819.58 |
| Davis | 4/15/2014 | 3/31/2014 | 17820 | 196,675.40 | | | 441,494.98 |
| Avila | 4/21/2014 | | | | ck # 93491 | -60,158.25 | 381,336.73 |
| Avila | 4/22/2014 | | | | ck # 93531 | -184,558.33 | 196,778.40 |
| Davis | 4/22/2014 | | | | ck # 93532 | -196,675.40 | 103.00 |
| Avila | 5/9/2014 | 4/30/2014 | 18020 | 154,155.48 | | | 154,258.48 |
| Davis | 5/9/2014 | 4/30/2014 | 18021 | 191,989.57 | | | 346,248.05 |
| Avila | 5/27/2014 | | | | ck # 94100 | -154,155.48 | 192,092.57 |
| Davis | 5/27/2014 | | | | ck # 94100 | -191,989.57 | 103.00 |
| Avila | 6/11/2014 | 5/31/2014 | 18210 | 170,212.45 | | | 170,315.45 |
| Davis | 6/11/2014 | 5/31/2014 | 18211 | 112,848.59 | | | 283,164.04 |
| Avila | 7/10/2014 | 6/30/2014 | 18491 | 122,941.87 | | | 406,105.91 |
| Davis | 7/10/2014 | 6/30/2014 | 18493 | 158,979.80 | | | 565,085.71 |
| Avila | 8/11/2014 | 7/31/2014 | 18718 | 137,840.89 | | | 702,926.60 |
| Davis | 8/11/2014 | 7/31/2014 | 18719 | 181,521.14 | | | 884,447.74 |
| Avila | 9/8/2014 | 8/31/2014 | 18952 | 181,535.75 | | | 1,065,983.49 |
| Davis | 9/8/2014 | 8/31/2014 | 18953 | 120,429.80 | | | 1,186,413.29 |
| Avila | 9/11/2014 | | | | ck # 96001 | -119,300.89 | 1,067,112.40 |
| Davis | 9/11/2014 | | | | ck # 96001 | -120,780.00 | 946,332.40 |
| Avila | 9/12/2014 | | | | ck # 95901 | -104,544.36 | 841,788.04 |
| Davis | 9/12/2014 | | | | ck # 95870 | -64,982.71 | 776,805.33 |
| Davis | 9/12/2014 | | | | ck # 95901 | -118,372.72 | 658,432.61 |
| Avila | 10/3/2014 | 9/30/2014 | 19117 | 200,920.02 | | | 859,352.63 |
| Davis | 10/3/2014 | 9/30/2014 | 19118 | 131,154.48 | | | 990,507.11 |
| Avila | 10/27/2014 | | | | ck # 96875 | -382,455.77 | 608,051.34 |
| Davis | 10/27/2014 | | | | ck # 96875 | -251,584.28 | 356,467.06 |
| Avila | 11/6/2014 | 10/31/2014 | 19339 | 220,328.65 | | | 576,795.71 |
| Davis | 11/6/2014 | 10/31/2014 | 19340 | 105,440.20 | | | 682,235.91 |
| Avila | 12/4/2014 | 11/30/2014 | 19621 | 177,302.87 | | | 859,538.78 |
| Davis | 12/4/2014 | 11/30/2014 | 19622 | 93,818.00 | | | 953,356.78 |
| Avila | 12/29/2014 | | | | ck # 97951 | -220,328.65 | 733,028.13 |
| Davis | 12/29/2014 | | | | ck # 97951 | -105,440.20 | 627,587.93 |
| Avila | 1/7/2015 | 12/31/2015 | 19874 | 147,946.17 | | | 775,534.10 |
| Davis | 1/7/2015 | 12/31/2015 | 19875 | 105,441.20 | | | 880,975.30 |
| Davis | 1/30/2015 | | | | ck # 98704 | -93,818.00 | 787,157.30 |
| Avila | 2/2/2015 | | | | ck # 98732 | -177,302.87 | 609,854.43 |
| Avila | 2/5/2015 | 1/31/2015 | 20043 | 156,300.77 | | | 766,155.20 |
| Davis | 2/5/2015 | 1/31/2015 | 20044 | 123,178.56 | | | 889,333.76 |
| Avila | 2/11/2015 | | | | ck # 98958 | -147,946.17 | 741,387.59 |
| Davis | 2/11/2015 | | | | ck # 98958 | -105,441.20 | 635,946.39 |
| Total Billed | | | | 5,660,685.31 | | | |
| Total Paid by Cedar Grove | | | | | | -500,000.00 | |
| Total Paid by Ironshore | | | | | | -4,524,738.92 | |
| Total Paid | | | | | | -5,024,738.92 | |
| Balance Due | | | | | | 635,946.39 | |