Anthony I. Giacobbe Jr., Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>                       Plaintiff,<br><br>v.<br><br>CEDAR GROVE COMPOSTING, INC., CEDAR GROVE COMPOSTING FACILITY, and CEDAR GROVE, INC.,<br><br>                       Defendants. | Case No.: 15-CV-975 (NRB)<br><br>**REPLY DECLARATION OF**<br>**ANTHONY I. GIACOBBE, JR.** |

STATE OF NEW YORK,
COUNTY OF NEW YORK

       ANTHONY I. GIACOBBE, JR., pursuant to 28 U.S.C. § 1746 and under the penalties of perjury, declares:

       1.    I am of counsel to Zeichner Ellman & Krause LLP, attorneys for defendant Cedar Gove Composting, Inc. and a member of this Court. I make this declaration in support of Cedar Grove Composting, Inc.'s Motion for Stay Pending Determination of Proper Forum Under First-to-File Rule.

       2.    Annexed as Exhibit A is a copy of Defendant's Opposition to Plaintiff's Motion for Determination of Proper Forum Under First-to-File Rule, which was

submitted to the Western District of Washington in connection with Cedar Gove's pending first-to-file motion.

3. Annexed as Exhibit B is a copy of Plaintiff's Reply in Support of Motion for Determination of Proper Forum Under First-to-File Rule, which was submitted to the Western District of Washington in connection with the pending first-to-file motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2015

_____
ANTHONY I. GIACOBBE, JR.

#807771 v.1