UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CEDAR GROVE COMPOSTING, INC., CEDAR GROVE COMPOSTING FACILITY, CEDAR GROVE, INC., and DOES 1-10<br><br>        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.. 1:15-cv-00975-NRB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Ironshore Specialty Insurance Company (herein, "Ironshore Specialty") and or their counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Cedar Grove Composting, Inc., Cedar Grove Composting Facility, and Cedar Grove, Inc. (herein, collectively, "Cedar Grove" or "defendants").

    Dated: June 9, 2015

                                      COZEN O'CONNOR

                                      By: */s/ Adam Stein*
                                      45 Broadway, 16 Floor
                                      New York, NY 10006
                                      Telephone: 212.453.3728
                                      Email:  adamstein@cozen.com
                                      *Attorneys for Plaintiff*
                                      **Ironshore Specialty Insurance Company**