UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>   v.<br><br>CEDAR GROVE COMPOSTING, INC., CEDAR GROVE COMPOSTING FACILITY, and CEDAR GROVE, INC.,<br><br>     Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No. 1:15-cv-00975-NRB |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their undersigned counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Cedar Grove Composting, Inc., Cedar Grove Composting Facility, and Cedar Grove, Inc. (herein, collectively, "Cedar Grove" or "defendants").

| | |
|---|---|
| Adam Stein, Esq.<br>COZEN O'CONNOR<br>*Attorneys for Plaintiff*<br>**IRONSHORE SPECIALTY INSURANCE COMPANY**<br>45 Broadway, 16 Floor<br>New York, NY 10006<br>Telephone: 212.453.3728<br>Fax: 646-588-1473<br>Email: adamstein@cozen.com<br><br>Dated: June 11, 2015 | Anthony Ignatius Giacobbe, Jr., Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>*Attorneys for Defendants*<br>**CEDAR GROVE COMPOSTING, INC., CEDAR GROVE COMPOSTING FACILITY, and CEDAR GROVE, INC.,**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212 223-0400<br>Fax: 2127530396<br>Email: agiacobbe@zeklaw.com<br><br>Dated: June: 11, 2015 |